In re FEINBLATT.

(Supreme Court, Appellate Division, First Department. March 6, 1914.)

ATTORNEY AND CLIENT (§ 44*)—DISBARMENT—GROUNDS.

Where an attorney, engaged to collect part of the proceeds of an estate belonging to nonresident infants, misappropriated the funds and tried to conceal his misappropriation by false testimony, he should be disbarred.

[Ed. Note.—For other cases, see Attorney and Client, Cent. Dig. §§ 55, 56, 62; Dec. Dig. § 44.*]

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

Application by the Bar Association to discipline Sigmund Feinblatt, an attorney. Respondent disbarred.

See, also, 158 App. Div. 927, 143 N. Y. Supp. 1117.

Argued before INGRAHAM, P. J., and McLAUGHLIN, CLARKE, SCOTT, and HOTCHKISS, JJ.

Einar Chrystie, of New York City, for petitioner.

INGRAHAM, P. J. The respondent was charged with misappropriating the sum of $450 which he had collected for the inmates of an orphan asylum at Atlanta, Ga., who were legatees under the will of one Harris Levy, who died a resident of the city of New York. The respondent admits the receipt of the money. He testified that he gave it to his brother in cash to take to his clients in Georgia, and that his brother had disappeared without delivering the money to his clients. The matter was referred to an official referee, who, after careful consideration, has filed his report finding the respondent guilty as charged, and that, to try to save himself, the respondent has testified falsely as to his disposition of this money. The official referee further states that the charges set forth in the petition are sustained, and the respondent is guilty of misconduct in his office as an attorney and counsellor at law. The testimony fully justifies the referee's report.

The report is therefore approved, and the respondent is disbarred. All concur.